AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-02597-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALTRIA GROUP, INC.
was received by me on *(date)* 04/17/2020 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jessie Gastelum, Registered Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, 818 W.
7th St., Ste. 930, Los Angeles, CA 90017 at 10:24 AM  on *(date)* 04/17/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/17/2020

*Server's signature*

Gustavo Gonzalez, Reg. No. 6461, Los Angeles County
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHMENT TO PROOF OF SERVICE

Re: *Anthony Martinez v. Altria Group, Inc., et al.*
USDC Northern District of CA, Case No.: 4:20-cv-02597-DMR

**COMPLETE LIST OF DOCUMENTS SERVED:**

- SUMMONS IN A CIVIL ACTION
- ANTI TRUST CLASS ACTION COMPLAINT FOR (1) UNLAWFUL RESTRAINT OF TRADE, 15 U.S.C.§ 1, (2) UNLAWFUL MERGER AND ACQUISITION, 15 U.S.C. § 7, AND (3) INJUNCTIVE RELIEF, 15 U.S.C. § 26
- CIVIL COVER SHEET
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION
- NOTICE OF ELECTRONIC FILING
- JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER